Núm. 7835.—VÉLEZ, peticionario, *v.* MERCADO, ALCAIDE DE CÁRCEL, apldo.—C. D. Humacao. Junio 14, 1939.

Por los motivos consignados en las opiniones emitidas en el día de hoy en los casos Núms. 7833 y 7834, *Luis Miray, peticionario y apelante,* v. *Eulogio Mercado, Alcaide de la Cárcel Municipal de Vieques, Puerto Rico, demandado y apelado* (ante pág. 127), y *Antolino Vélez, peticionario y apelante,* v. *Eulogio Mercado, Alcaide de la Cárcel Municipal de Vieques, Puerto Rico, demandado y apelado* (ante, pág. 129), se revoca la resolución apelada que dictó Jesús A. González como Juez en Comisión de la Corte de Distrito de Humacao, con fecha 1º. de otubre, 1937, y se devuelve el recurso a la referida corte de distrito para ulteriores procedimientos no inconsistentes con dichas opiniones.

Igual resolución que en el caso anterior recayó en los recursos que a continuación se expresan:

Núms. 7837, 7838, 7839, 7840, 7841, 7842, 7843, 7844, 7845, 7846, 7847, 7848, 7849, 7850 y 7851.